ROD DANIELSON
Chapter 13 Trustee
4361 Latham Street, Suite 270
Riverside, CA  92501
(951) 826-8000

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | Case No.  **6:09-bk-35272-SB** |
| **JACQUELINE ADELLE SOPP COOPER** | ) | |
| **JACQUELINE ADELLE SOPP** | ) | **TRUSTEE'S REPORT** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

Comes now the duly appointed Trustee in this case, and shows to the Court the following:

Debtor's net income is  **$4,813.00** per month.

Spouse/other net income is  **$7,110.00** per month.

Debtor's Budget shows  **$3,577.00** disposable income.

Debtor proposed to pay  **\*$2,173.00** per month into the Plan.

Estimated number of months to complete:  **60** months.

This Plan will pay **29.00**% to unsecured creditors.

**"PLAN INTERLINEATIONS" INCORPORATED INTO THE ORDER OF CONFIRMATION:**

**\*THE PLAN PAYMENT IS $2,173.00 PER MONTH FOR MONTHS 1-23, $2,998.00 PER MONTH FOR MONTHS 23-40, AND $3,577.00 PER MONTH EACH MONTH THEREAFTER. THE TAX REFUND EXEMPTION LISTED ON SCHEDULE C SHALL BE STRICKEN. FRANCHISE TAX BOARD SHALL BE PAID $158.00 PER MDEBTOR(S) PLAN IS AMENDED TO CONFORM TO THE REQUIREMENTS OF THE COURT'S APPROVED PLAN FORM. DEBTOR(S) RESERVES THE RIGHT TO OBJECT TO ANY CLAIM, NOTWITHSTANDING ANY PLAN INTERLINEATIONS.**

The plan complies with all requirements of 11 U.S.C. §1322 and §1325.

WHEREFORE, the Trustee submits this report concerning the confirmation of this plan.

Date:  January 26, 2010

_____
Rod Danielson, Chapter 13 Trustee