**FILED & ENTERED**

**DEC 22 2010**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY vandenst DEPUTY CLERK

**CHANGES MADE BY COURT**

1. Gregory J. Doan Bar# 165174
2. Doan Law Offices, LLP
   635 Camino De Los Mares, Suite 100
   San Clemente, CA 92673
3. Tel: (949) 472-0600
   Fax: (949) 472-5441
4. anthony@doanlawfirm.com

5. Attorneys for Jacqueline & Christopher Cooper

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

In re:

    Jacqueline Adelle Sopp Cooper

and

    Christopher Lee Cooper

Debtors.

) Case No. 6:09-bk-35272-SB
)
) ORDER GRANTING MOTION TO AVOID
) SECOND LIEN OF WASHINGTON
) MUTUAL MORTGAGE (JP MORGAN
) CHASE BANK, N.A.) ON REAL
) PROPERTY
)
)
) Date: 12/22/2009
) Time: 1:30 p.m.
) Court: 301

On 12/22/2009, at 1:30 p.m., the motion of the debtors, Jacqueline & Christopher Cooper, for an Order stripping the lien of Washington Mutual Mortgage (JP Morgan Chase Bank, N.A.) on the debtor's personal residence at 32573 Juniper Berry, Winchester, California 92596, came on regularly for hearing. Judge Bufford's preliminary ruling required that no appearance by the debtors' attorney of record was necessary. There was no appearance by any other party, nor was any opposition to the debtors' motion filed with the Court.

**Order Stripping Lien of Washington Mutual Mortgage (JP Morgan Chase Bank, N.A.)**

The Washington Mutual Mortgage (JP Morgan Chase Bank, N.A.) second lien and claim are described as follows: Promissory Note, dated 03/15/2006, in the original principal amount of $83,300.00; and Deed of Trust recorded on 03/28/2006, as Document# 2006-0217620, in the Office of the Recorder of the County of Riverside, CA.

Based upon findings of fact and conclusions of law stated orally and recorded in open court pursuant to Fed. R. Civ. P. 52(a)(1), as incorporated into Fed. R. Bankr. P. 7052 and made applicable to contested matters by Fed. R. Bankr. P. 9014(c), it is **ORDERED** that the **Motion is granted.**

# # # #

DATED: December 22, 2010

_____
United States Bankruptcy Judge

**Order Stripping Lien of Washington Mutual Mortgage (JP Morgan Chase Bank, N.A.)**

| In re: | | CHAPTER: 13 |
|---|---|---|
| Cooper, Jacqueline & Christopher | | |
| | Debtor(s). | CASE NUMBER: 6:09-bk-35272-SB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
635 Camino de los Mares, Ste 100, San Clemente, CA 92673

The foregoing document described ___Order Stripping Lien of Washington Mutual Mortgage___ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __04/21/2010__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Hon. Samuel L. Bufford
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1582
Los Angeles, CA 90012

**(As per Proof of claim)**
**JPMorgan Chase Bank, National Association**
c/o McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101

**GC Services Limited Partnership**
**Agent for service of process**
CT Corporation
818 West Seventh Street
Los Angeles, CA 90017

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 04/21/2010 | **Craig Bixel** | */s/ Craig Bixel* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9021-1.1**

| In re:<br><br>Cooper, Jacqueline & Christopher<br><br>Debtor(s). | CHAPTER: 13<br><br>CASE NUMBER: 6:09-bk-35272-SB |
|---|---|

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **Order GRANTING MOTION TO AVOID Lien of Washington Mutual Mortgage (JP Morgan Chase Bank, N.A.) on real property**
was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of      04/21/2010       , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9021-1.1**

| In re:<br><br>Cooper, Jacqueline & Christopher<br><br>                                                        Debtor(s). | CHAPTER: 13<br><br>CASE NUMBER: 6:09-bk-35272-SB |
|---|---|

**ADDITIONAL SERVICE INFORMATION** (if needed):

| **Served Electronically**<br><br>Rod Danielson<br>Ch 13 Trustee<br>Notice-efile@rodan13.com<br><br>Peter C. Anderson<br>United States Trustee (RS)<br>ustpregion16.rs.ecf@usdoj.gov<br><br>Gregory J. Doan<br>ecf@doanlaw.com | **Served by U.S. Mail**<br>**(As per Proof of claim)**<br>**JPMorgan Chase Bank, National Association**<br>c/o McCarthy & Holthus, LLP<br>1770 Fourth Avenue<br>San Diego, CA 92101<br><br>GC Services Limited Partnership<br>Agent for Service of Process<br>CT Corporation<br>818 West Seventh Street<br>Los Angeles, CA 90017 |
|---|---|

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                                    **F 9021-1.1**